UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: ANDREA J. MORRISON<br><br>Debtor | )<br>)<br>)<br>)<br>)<br>) | Chapter 13<br>Case No: 10-43043 |

### MOTION TO WITHDRAWAL

NOW COMES Douglas K. Snook, attorney for the Debtor, Andrea J Morrison, and being admitted to practice law in Massachusetts and respectfully requests this Honorable Court to allow him to withdraw as Counsel for the Debtor for the following reason:

    1.    An unwaiveable conflict of interest has arisen in that Debtor's Counsel and Counsel for Debtor's mortgage company (Bank of America) live together.

    2.    Counsel for Debtor has attempted to find replacement counsel but has been unable to do so at this time.

For the above reason I ask the Court for permission to withdraw my appearance.

                                Respectfully submitted,
                                Douglas K. Snook,
                                Attorney for Debtor
                                Andrea J. Morrison

Dated: July 7, 2014

                                */s/ Douglas K Snook*
                                Douglas K Snook, Esq.  BBO#560184
                                Erickson & Snook, PC
                                PO Box 185
                                Bellingham, MA 02019

                                (508) 883-3900

                                Douglas_snook@hotmail.com

## CERTIFICATE OF SERVICE

I, Douglas K Snook, Attorney for the Debtor, hereby certify that on July 7, 2014, I electronically filed the foregoing *Motion* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Office of the US Trustee
Office of the Chapter 13 Trustee

MANUAL SERVICE LIST BY FIRST CLASS MAIL:

Andrea J Morrison
129 Smith Street
Gardner MA 01440

*/s/ Douglas K Snook* 7/7/2014

Exhibit "A"

Arbella Insurance Company
P.o. Box 699103
Quincy, MA 02269-9103

Aspen Dental
Adv. Collection Services
P.o. Box 626
Plainville, CT 06062-0626

BAC Home Loans Servicing, L.P.
Mail Stop TX2-982-03-03
7105 Corporate Drive
Plano, TX 75024-4100

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Bank of America, N.A.
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, California 93065-6414

Bankowski Oil Co.
128 Pleasant Street
Gardner, MA 01440-2678

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cap One
Pob 30281
Salt Lake City, UT 84130-0281

Chase- Tjx
P.O. Box 15298
Wilmington, DE 19850-5298

City of Gardner Tax Collector
95 Pleasant Street Rm.118
Gardner, MA 01440-2630

Colonial Coop Bank
6 City Hall Ave
Gardner, MA 01440-2603

Comcast Cable
P.O. Box 1577
Newark, NJ 07101-1577

Cove at Yarmouth Continental Central Credit
P.o. Box 131120
Carlsbad, CA 92013-1120

Department Stores National Bank/Macy's
Nco Financial Systems, Inc.
PO Box 4275
Norcross, GA 30091-4275

Digital Fed Credit Uni
220 Donald Lynch Blvd
Marlborough, MA 01752-4708

Gardner Water Dept.
95 Pleasant Street Rm.114
Gardner, MA 01440-2696

Gemb/Care Credit
Po Box 981439
El Paso, TX 79998-1439

Gemb/Gap
Po Box 981400
El Paso, TX 79998-1400

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding LLC its successors and assigns
assignee of CHASE BANK USA, NA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MADOR
P.O. Box 9564 Bankruptcy Unit
Boston, MA 02114-9564

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

National Grid
Bankruptcy Dept.
300 Erie Blvd. West
Syracuse, NY 13202-4201

National Grid
P.O. Box 960
Northborough, MA 01532-0960

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
Norfolk VA 23541-0914

Sears/Cbsd
701 East 60th St N Po Box 6241
Sioux Falls, SD 57117-6241

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

Exhibit B

| | | |
|---|---|---|
| Wachovia<br>794 Davis Ct<br>San Leandro, CA 94577-6922 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | Western Ma Enterprise<br>4 Open Square Way Ste 40<br>Holyoke, MA 01040-6295 |
| Wfnnb/Vctria<br>Po Box 182128<br>Columbus, OH 43218-2128 | | |