Case 10-43043    Doc 48    Filed 07/22/14    Entered 07/22/14 11:04:38    Desc
Nonevidentiary hearing    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In re    Andrea J Morrison

Debtor

Chapter: 13
Case No: 10-43043
Judge Melvin S. Hoffman

---

## NOTICE OF NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **8/19/14 at 01:15 PM** before the Honorable Judge Melvin S. Hoffman, Courtroom 3, Harold Donohue, Federal Building and Courthouse, 595 Main Street, Worcester, MA 01608 to consider the following:

   [47] Motion of Douglas K. Snook to Withdraw as Counsel to Debtor.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is less than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>Your rights may be affected.</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.

3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date: 7/22/14

By the Court,

<u>Halina Magerowski</u>
Deputy Clerk
508-770-8927

UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Andrea J Morrison <br><br> Debtor | Chapter 13 <br> Case No: 10-43043 |

CERTIFICATE OF SERVICE

I, Douglas K Snook, attorney for the Debtor, Andrea J Morison, do hereby certify that on July 25, 2014, I served foregoing NOTICE OF NONEVIDENTIARY HEARING on the following CM/ECF participants:

Office of the US Trustee
Office of the Chapter 13 Trustee

And by mailing copies of the within Motion via First Class mail, postage prepaid to the attached service list marked Exhibit A.

/s/ Douglas K. Snook
Douglas K. Snook, Esq.  BBO#560184
Erickson & Snook, PC
PO Box 185
Bellingham, MA 02019
508-883-3900
508-883-3902 fax

douglas_snook@hotmail.com

Exhibit "A"

Arbella Insurance Company
P.o. Box 699103
Quincy, MA 02269-9103

Aspen Dental
Adv. Collection Services
P.o. Box 626
Plainville, CT 06062-0626

BAC Home Loans Servicing, L.P.
Mail Stop TX2-982-03-03
7105 Corporate Drive
Plano, TX 75024-4100

Bac Home Loans Servici
450 American St
Simi Valley, CA 93065-6285

Bank of America, N.A.
Mail Stop: CA6-919-01-23
400 National Way
Simi Valley, California 93065-6414

Bankowski Oil Co.
128 Pleasant Street
Gardner, MA 01440-2678

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cap One
Pob 30281
Salt Lake City, UT 84130-0281

Chase- Tjx
P.O. Box 15298
Wilmington, DE 19850-5298

City of Gardner Tax Collector
95 Pleasant Street Rm.118
Gardner, MA 01440-2630

Colonial Coop Bank
6 City Hall Ave
Gardner, MA 01440-2603

Comcast Cable
P.O. Box 1577
Newark, NJ 07101-1577

Cove at Yarmouth Continental Central Credit
P.o. Box 131120
Carlsbad, CA 92013-1120

Department Stores National Bank/Macy's
Nco Financial Systems, Inc.
PO Box 4275
Norcross, GA 30091-4275

Digital Fed Credit Uni
220 Donald Lynch Blvd
Marlborough, MA 01752-4708

Gardner Water Dept.
95 Pleasant Street Rm.114
Gardner, MA 01440-2696

Gemb/Care Credit
Po Box 981439
El Paso, TX 79998-1439

Gemb/Gap
Po Box 981400
El Paso, TX 79998-1400

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

LVNV Funding LLC its successors and assigns
assignee of CHASE BANK USA, NA
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MADOR
P.O. Box 9564 Bankruptcy Unit
Boston, MA 02114-9564

Mcydsnb
9111 Duke Blvd
Mason, OH 45040-8999

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

National Grid
Bankruptcy Dept.
300 Erie Blvd. West
Syracuse, NY 13202-4201

National Grid
P.O. Box 960
Northborough, MA 01532-0960

PRA Receivables Management, LLC
As Agent Of Portfolio Recovery Assocs.
PO Box 12914
Norfolk VA 23541-0914

Sears/Cbsd
701 East 60th St N Po Box 6241
Sioux Falls, SD 57117-6241

Sears/Cbsd
Po Box 6189
Sioux Falls, SD 57117-6189

Exhibit "B"

Wachovia
794 Davis Ct
San Leandro, CA 94577-6922

Wfnnb/Vctria
Po Box 182128
Columbus, OH 43218-2128

(p)WELLS FARGO BANK NA
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
ATTN BANKRUPTCY DEPT MAC X7801-014
3476 STATEVIEW BLVD
FORT MILL SC 29715-7203

Western Ma Enterprise
4 Open Square Way Ste 40
Holyoke, MA 01040-6295

Andrea J Morrison
129 Smith Street
Gardner, MA 01440-2435